# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division

**In re:**  
Wow Now Properties LLC

**Case Number** 24−70911−SCS  
**Chapter** 11  
**Judge** Stephen C. St. John

Debtor(s)

**To:** Angelita Wilder, Managing Member

## NOTICE OF POSSIBLE DISMISSAL: NOTICE OF DEFICIENT FILING; AND HEARING THEREON

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*1* − Chapter 11 Subchapter V Voluntary Petition Non−Individual [Fee Not Paid] Filed by Wow Now Properties LLC. (Madyun, Amani)

contain certain deficiencies as set forth below. You must correct the deficiencies on or before **5/20/24.**

### REPRESENTATION AND APPEARANCES:
- __ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- **X** **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- __ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005−1(C)(5) and 9022−1(A)]

### REQUIREMENT OF FORM:
- __ **Legibility:** not in compliance with LBR 5005−1(D)(1)
- __ **Caption, Official Forms:** [See LBR 5005−1(D)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable,* Case name and/or number do not match on paper submitted.
- __ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015−2(A).
- **X** **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - **X** *if corporation,* not signed by counsel. [See LBR 5005−1(D)(4)]
  - __ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- __ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- __ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.
- __ Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090−1]
- __ *Schedules do not include Form 106Dec − Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed.

### VOLUNTARY PETITIONS:
- __ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.
- __ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
- __ Not verified by signature of attorney for debtor(s).
- __ Not verified by unsworn declaration with signature of all debtors.
- __ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074−1]
- __ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007−1]
- __ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- __ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005−1(C) and (D)]
- __ Corporate petition not accompanied by Corporate Ownership Statement [See FRBP 1007(a)(1)]

If you fail to timely cure the deficiency, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Judge St. John − Courtroom 1, U.S. Bankruptcy Court, 4th Floor, 600 Granby Street, Norfolk, VA 23510*

*Date: 5/30/24*
*Time: 10:00 AM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

Date:  May 6, 2024                     Clerk, United States Bankruptcy Court

                                       By /s/ Demetria J Avery, Deputy Clerk
[defntcvNoVGorNov2023.jsp]             Direct Dial Telephone No. 804−916−2410

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 24-70911-SCS
Wow Now Properties LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-8  User: DemetriaA  Page 1 of 1
Date Rcvd: May 06, 2024  Form ID: defntcng  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: wownowproperties@gmail.com | May 06 2024 23:51:00 | Wow Now Properties LLC, 1385 Fordham Drive, Virginia Beach, VA 23464-5345 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donna J. Hall, Subchapter V Trustee | dhall@goodmanallen.com |
| Gerard R. Vetter | ustpregion04.no.ecf@usdoj.gov |
| Kenneth N. Whitehurst, III | on behalf of U.S. Trustee Gerard R. Vetter kenneth.n.whitehurst@usdoj.gov |

TOTAL: 3